IT IS FURTHER ORDERED that the warrant for the Requested Location Information be returned to the issuing judicial officer within 10 days after the termination of the authorized period of interception.

IT IS FURTHER ORDERED, pursuant to Title 18, United States Code, Section 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), that service of notice of the acquisition of the Requested Location Information may be delayed for a period not to exceed 120 days from the date that the order is entered.  There is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in Title 18 United States Code, Section 2705. Providing immediate notice to the subscriber or user of **TARGET TELEPHONE 4** and **TARGET TELEPHONE 5** would seriously jeopardize the ongoing investigation, as such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution.  The period of delay may thereafter be extended by the court for good cause shown.

IT IS FURTHER ORDERED that the furnishing of said information, facilities, and technical assistance by AT&T and T-Mobile USA shall terminate in thirty (30) days, measured from the earlier of the day on which the investigative or law enforcement officers begin to conduct the interception of wire and electronic communications pursuant to this Order, or 10 days from the date of the order is entered, unless otherwise ordered by this Court.

IT IS FURTHER ORDERED that the tracing operation and the use of caller ID service be without geographical limits.

IT IS FURTHER ORDERED that, to avoid prejudice to this criminal investigation, AT&T and its agents and employees, and T-Mobile USA and its agents and employees, shall not disclose or cause the disclosure of this Order or the interception that it authorizes to any person

U.S. Exhibit 3A

other than those of its agents and employees who require said information to accomplish the interception of communications hereby ordered, and that, in particular, AT&T and its agents and employees, and T-Mobile USA and its agents and employees, shall in no event make such disclosure to the telephone user involved, or to any actual or potential interceptee.

IT IS FURTHER ORDERED that Assistant United States Attorney Kevin R. Sanchez, or any other Assistant United States Attorney familiar with the facts of this case, shall cause to be provided to the Court a report on or about the fifteenth and thirtieth days following the date of this Order showing the progress that has been made toward achievement of the authorized objectives and the need for continued interception, although if this Order is renewed for a further period of interception, the application for renewal may serve as the report on or about the thirtieth day. If any of the aforementioned reports become due on weekends or holidays, said reports shall become due on or about the next business day thereafter.

IT IS FURTHER ORDERED that no inventory or return of the results of the foregoing interception need be made, other than the above required reports, before 90 days from the date of the expiration of this Order, or any extension of the Order, or at such time as the Court in its discretion may require.

IT IS FURTHER ORDERED that upon an *ex parte* showing of good cause to a judge of competent jurisdiction, the service of the above inventory or return may be postponed for a further reasonable period of time.

IT IS FURTHER ORDERED that this Order, as well as the supporting Application, Affidavit (along with its attachments), proposed Orders and all interim reports filed with the Court, be sealed and placed in the custody of the United States Attorney's Office for the

Middle District of Louisiana until ordered unsealed by the Court or by another judge of competent jurisdiction, except that copies of this Order shall be served on the DEA and other participants in the investigation as necessary to effectuate this Order.

DATED AND SO ORDERED on this 6th day of May, 2017, at Baton Rouge, Louisiana, at 9:55 o'clock A .m.

---
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

12